■ Fernando Berra, Respondent, v Tandeer Mughal et al., Appellants. [643 NYS2d 423]

Inasmuch as the defendants failed to establish a meritorious defense, the Supreme Court properly denied their motion to vacate the judgment entered upon their default in answering the complaint (*see,* CPLR 317, 5015 [a]; *Fennell v Mason,* 204 AD2d 599; *Halali v Gabbay,* 223 AD2d 623). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.